IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RODNEY NEAL ROBINSON,** | ) | **CASE NO. 4:08CV3019** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **LORETTA DIETZ, Lancaster County Department of Corrections,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion. On February 20, 2008, the court ordered Plaintiff to show cause why this case should not be dismissed for failure to inform the court of his current address. (Filing No. 8.) In its order, the court cautioned Plaintiff that failure to show cause or to update his address by March 17, 2008, would result in dismissal without further notice. (*Id.*)

Plaintiff has not responded to this court's Order nor has Plaintiff updated his address with the court. This case is therefore dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1.  Plaintiff failed to respond to the court's February 20, 2008, Memorandum and Order requiring that he provide the court with a current address. This action is therefore dismissed without prejudice and all pending motions are denied as moot; and

2.  A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 1st day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge